# UNITED STATES DISTRICT COURT
## FOR THE Eastern District of Pennsylvania

IN RE: ASBESTOS PRODUCTS         :       **MDL 875**
      LIABILITY LITIGATION          :
      ALL ACTIONS                :
      (See attached schedule for case list)    :

## TRANSFER ORDER NO. 149

The Court hereby ORDERS the Clerk of the District Court for the Eastern District
of Pennsylvania, the Transferee Court, to initiate the procedures for the transfer of
MDL−875 case no. 1:05−cv−00360 Herron, et al vs. 3M, et al from the
District Court for the Southern District of Mississippi, the Transferor Court, in
accordance with the terms of this Court's Administrative Order No. 11, a copy which is
attached hereto. The effective date of transfer is upon entry of this order.

**BY THE COURT**

s/JAMES T. GILES
**JAMES T. GILES, J.**

Date: 4−1−08